JUDGE: Marc Barreca
CHAPTER: 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

IN RE:

KEABLES, NOAH N

DEBTOR.

CASE # 14-11665-MLB

**TRUSTEE'S RESPONSE TO NOTICE OF INTENT TO DISMISS FOR FAILURE TO PAY FILING FEE**

Edmund Wood, the Chapter 7 Trustee herein, hereby responds to the **Notice of Intent to Dismiss for Failure to Pay Filing and/or Conversion Fee** as follows:

At the conclusion of the 341 hearing, I filed a asset report with the court on April 15, 2014 as I believe there are assets that can be liquidated for the benefit of creditors.

Subsequent to that docket entry, I have also filed a motion and an order has been entered employing a real estate agent in this case.

Accordingly, I request that the case be held open, and any filing fees be paid at the conclusion of the case.

RESPECTFULLY SUBMITTED on July 7, 2014

*/s/ Edmund Wood*
Edmund Wood, WSB #3695
CHAPTER 7 TRUSTEE

TRUSTEE'S RESPONSE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382