```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                              Case No. 14-11665-MLB
Noah N Keables                                                      Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0981-2         User: dannyr            Page 1 of 1            Date Rcvd: Jul 07, 2014
                             Form ID: intdsm         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2014.
db             +Noah N Keables,    PO BOX 4322,    Federal Way, WA 98063-4322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2014                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2014 at the address(es) listed below:
              Edmund J Wood    ewood1@aol.com, ejw@trustesolutions.net
              Ellen Ann Brown    on behalf of Debtor Noah N Keables stopdebt@gmail.com,
               notices@brownandseelye.com
              Taryn M. Darling Hill    on behalf of Special Request Pamela  Keables taryn@impactlawgroup.com,
               julia@impactlawgroup.com;Nina@impactlawgroup.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 4

Form intdsm (01/2006)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    Noah N Keables

    Debtor(s).

Case Number: 14−11665−MLB
Chapter: 7

## NOTICE OF INTENT TO DISMISS FOR FAILURE TO PAY FILING AND/OR CONVERSION FEE

TO: DEBTOR(s)

YOU ARE NOTIFIED that unless you pay the filing and/or conversion fee in full, in accordance with your Application to Pay Filing Fees in Installments,the Notice of Filing Fee Installment Payments and/or the Notice to Pay Conversion Fee by **July 17, 2014** this case will be referred to the Court for dismissal. Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Amount Due: **$100.00**

*Personal checks tendered for payment of filing fees will not be accepted from debtors. Please submit your payment in the form of a cashiers check or money order.*

Dated: July 7, 2014

                                            Mark L. Hatcher
                                            Clerk, U.S. Bankruptcy Court

                                            By: D Redmond
                                            Deputy Clerk