BROWN and SEELYE  
744 South Fawcett Ave.  
Tacoma, WA 98402  
(253)573-1958

JUDGE CHRISTOPHER M ALSTON  
Chapter/Location: 7/Seattle  
Hearing Date: June 14, 2019  
Hearing Time: 9:30 a.m.  
Response Date: June 7, 2019

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re: )  
) No. 14-11665-CMA  
NOAH N. KEABLES )  
)  
    Debtor(s) ) MOTION TO WITHDRAW AS  
) ATTORNEY FOR DEBTOR(S)  
)  
_____ )

### I. MOTION

COMES NOW ELLEN ANN BROWN, attorney of record for the debtor(s) in the above-entitled matter, and moves the court to allow me to withdraw as attorney of record for the debtor(s). This motion is based upon the record and file herein, and upon the subjoined declaration of counsel.

Debtor's last known address is 1235 SW 301st St, Federal Way, WA 98003 and mailing address is PO BOX 4322, Federal Way, WA 98063.

DATED May 10, 2019

/s/ Ellen Ann Brown  
_____  
ELLEN ANN BROWN WSB27992  
Attorney for Debtor(s)

**MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS** 1

**BROWN and SEELYE, PLLC**  
Attorneys at Law  
744 South Fawcett  
Tacoma, WA 98402  
253.573.1958  
Fax 866-422-6196

## II. DECLARATION OF COUNSEL

I declare under penalty of perjury under the laws of the State of Washington that the following is true and correct to the best of my knowledge and belief:

1. I, ELLEN ANN BROWN, am the attorney of record for the above-referenced debtor(s).
2. I request that I be allowed to withdraw as attorney of record in the above-entitled matter.
3. The Debtor transferred real property of the estate on July 6, 2017 without my knowledge or advice and has failed to communicate any action or intention of transfer to me. I cannot represent a client who fails to communicate or allow me to advise them in their bankruptcy case. I also have never been advised by Debtor's divorce attorney of any such transfer or intention to transfer property of the estate.

Based upon the foregoing, I request that I be allowed to withdraw as attorney of record in the above-entitled matter.

Dated May 10, 2019.


/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB 27992
Attorney for Debtor(s)

**BROWN and SEELYE, PLLC**
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196