**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re: )
       ) No. 14-11665-CMA
NOAH N. KEABLES )
       )
  Debtor(s) ) ORDER ON MOTION TO WITHDRAW AS
       ) ATTORNEY FOR DEBTOR(S)
       )
_____)

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN of the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

///end of order///

_____
JUDGE CHRISTOPHER M ALSTON

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE, PLLC
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196