Entered on Docket June 10, 2019



**Submitted But not Entered.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:** Motion does not comply with LBR 2089-1(c)(1) & (2). Order does identify motion on which it is based, incorrectly states Tacoma division, and does not comply with 9021-1(d)(3).

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re: | ) |
| | ) No. 14-11665-CMA |
| NOAH N. KEABLES | ) |
| | ) |
| Debtor(s) | ) ORDER ON MOTION TO WITHDRAW AS |
| | ) ATTORNEY FOR DEBTOR(S) |
| | ) |
| _____ | ) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN of the Law offices of Brown and

Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the

above-entitled matter.

///end of order///

_____
JUDGE CHRISTOPHER M ALSTON

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE, PLLC
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196