**Below is the Order of the Court.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 7 |
|---|---|
| Noah N. Keables, | Case No. 14-11665 |
| | ORDER TO SHOW CAUSE |
| Debtor. | CLERK'S ACTION REQUIRED |

This matter came before the Court at the Court's pretrial conference on June 28, 2019 in the related adversary proceeding, Wood v. Keables, Case No. 19-1060. The Debtor filed this bankruptcy on March 7, 2014 and received a discharge on September 4, 2014. Included in the Debtor's bankruptcy was a piece of real property at 29905 8th Place South, Federal Way 98003. The Trustee was appointed on March 7, 2014. Since his appointment, the Trustee employed a real estate broker on February 5, 2015 (Dkt. No. 26), but has never brought a proposed sale of the real property before the Court for approval. Further, the Trustee's complaint against the

Order - 1

Debtor's ex-spouse for an unauthorized post-petition transfer asserts that the Debtor transferred the real property to her on July 6, 2017. The Trustee filed his complaint on May 10, 2019, almost two years after the alleged transfer, and has not explained the delay in initiating the adversary proceeding.

11 U.S.C. § 704(a)(1) requires a trustee to "collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest . . ." See also *In re Riverside-Linden Inv. Co.*, 925 F. 320, 322 (9th Cir. 1991). The Trustee has not explained how he has fulfilled this duty in this case. Now, therefore, it is hereby

ORDERED the Trustee (either in person or through counsel) shall appear before the Court on July 26, 2019, at 9:30 a.m. and show cause why the Court should not order abandonment of all estate assets and closure of this case. The Trustee shall file a declaration why the case has remained open and his objectives in this case going forward if it remains open by July 19, 2019.

IT IS FURTHER ORDERED that any party opposing this relief shall file with the Court a written response stating the basis for the opposition not later than seven days' prior to the hearing.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Debtor via BNC.

/// END OF ORDER ///