**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

NOAH M. KEABLES

   Debtor(s)

_____

Chapter 7 Bankruptcy
No. 14-11665-CMA

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S)

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196