**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Noah N. Keables, | Case No. 14-11665 |
| | ORDER FOLLOWING ORDER TO SHOW CAUSE |
| Debtor. | CLERK'S ACTION REQUIRED |

This matter came before the Court on July 26, 2019, on the Court's Order to Show Cause [ECF No. 44]. The Court made finding of fact on the record, incorporated herein, and concluded that this case has been fully administered.

Now, therefore, it is hereby

ORDERED that the Clerk of the Court shall close this case under 11 U.S.C. §350(a) and all assets shall be deemed abandoned pursuant to 11 U.S.C. § 554(c).

/// END OF ORDER ///

Order - 1